LIAM K. MALONE, SBN 288202
malone@oles.com
OLES MORRISON RINKER & BAKER, LLP
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 903-2001
Facsimile: (510) 903-2015

*Attorneys for Plaintiff,*
*Dragados USA, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAGADOS USA, INC., a Delaware corporation, | ) Case Number: 2:20-CV-00204-TLN-DB |
| | ) |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL WITHOUT** |
| v. | ) **PREJUDICE; ORDER** |
| | ) |
| SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT, a California local entity, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties to this action Plaintiff Dragados USA, Inc. and Defendant Sacramento Regional County Sanitation District hereby stipulate that:

1.      This action shall be dismissed without prejudice and Plaintiff Dragados USA, Inc. will promptly file a complaint against Defendant Sacramento Regional County Sanitation District in Sacramento County Superior Court with a demand for judicial reference in accordance with Section 00 73 83, 22 Paragraph 1.05(A) of the Contract and California Code of Civil Procedure section 638.

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE;
ORDER                                    Case No: 2:20-CV-00204-TLN-DB

1        2.      The parties, and each of them, reserve all rights enumerated in California

2   Code of Procedure § 638, *et seq.*

3        3.      The parties will bear their own fees and costs.

4

5   Date: June 25, 2020                    Oles Morrison Rinker & Baker LLP

6                                          */s/  Liam K. Malone*
                                           Liam K. Malone for
7                                          Plaintiff Dragados USA, Inc.

8   Date: June 25, 2020                    Lewis Brisbois Bisgaard & Smith LLP

9                                          */s/ John S. Paulos-authorization given*
                                           John S. Poulos for
10                                         Defendant Sacramento Regional County
                                           Sanitation District
11

12

13        The Joint Stipulation of Dismissal is granted.

14  **IT IS SO ORDERED**.

15

16  Dated: June 26, 2020

17                                         _____
                                           Troy L. Nunley
18                                         United States District Judge

19

20

21

22

23

24

25

26
                                    • 2 •
    JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE;
    ORDER                         Case No: 2:20-CV-00204-TLN-DB